# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 15, 2016

## NO. 03-16-00217-CR

**Marcus James Mayfield, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM 20TH DISTRICT COURT OF MILAM COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND BOURLAND
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from an order signed by the district court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.